PD-1200-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/3/2017 12:49 AM
Accepted 11/7/2017 1:53 PM
DEANA WILLIAMSON
CLERK

PD._____

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE
## STATE OF TEXAS

FILED
COURT OF CRIMINAL APPEALS
11/7/2017
DEANA WILLIAMSON, CLERK

**KELLY JAMES MCCARTY**

**V.**          **Appeals No. 03-15-00640-CR**

**THE STATE OF TEXAS**

## MOTION FOR EXTENSION OF TIME TO FILE PETITION
## FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL

APPEALS:

COMES NOW, KELLY JAMES MCCARTY, pro se appellant, and

files this motion asking that the Court extend the time for filing the

Appellant's petition for discretionary review, and in support thereof,

offers the following:

I.

a.   This case is on appeal from the 33rd Judicial District Court of Burnet County, Texas.

b.   The style and number of the cases in the trial court are *The State of Texas v. Kelly James McCarty*, Cause Number 30842.

c.   The Appellant was convicted by the Court of the offense of indecency with a child by contact.

d.   Punishment was assessed at 10 years community supervision.

e. The style and number of the case in the Third Court of Appeals is *KELLY JAMES MCCARTY v. State of Texas*, Appeal Number 03-15-00640-CR.

f. The Third Court of Appeals affirmed Appellant's conviction and sentence in an unpublished opinion on October 6, 2017.

g. The present deadline for filing the Appellant's Petition for Discretionary Review is November 5, 2017.

h. The Appellant seeks an extension of time of 30 days, suggesting a new due date of December 5, 2017.

i. This is the Appellant's first request for an extension of time to file the Appellant's petition for discretionary review.

## II.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

1. Appellant is meeting with attorneys to determine whether he will be able to hire counsel to pursue a Petition for Discretionary Review on his behalf or will file a petition pro se. In either event, additional time will be needed to properly research and prepare the petition.

## III.

A criminal appellant, just like a criminal defendant at trial, is entitled to the adequate and effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W. 2d 794 (Tex.Crim.App. 1987). In order to be able to accurately identify and effectively brief all the potential issues presented in this case, Appellant

or any counsel he hires needs additional time to review the record and conduct the necessary research to adequately prepare Appellant's Petition for Discretionary Review. This request is made pursuant to Tex. R. App. P. 68.2 (c).

IV.

Therefore, for the above reasons, Appellant prays that the Court grant an extension of time to December 5, 2017, for filing of the Appellant's Petition for Discretionary Review.

Respectfully Submitted

_____/s/_____

Kelly James McCarty
Pro Se Appellant
4519 Oak Wind St.
San Antonio, Texas 78217
(210) 275-1875
Kjmcc09@gmail.com

## CERTIFICATE OF SERVICE

I, Kelly James McCarty, pro se appellant, certify that a true and correct copy of the foregoing brief was emailed to Gary W. Bunyard, Assistant District Attorney for Burnet County and attorney for appellee before the Third Court of Appeals in cause number 03-15-00640, via efile.

__/s/_Kelly James McCarty_____
Kelly James McCarty
Pro Se Appellant
